IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOSETTA ZERTUCHE, | CASE NO. 5:11-cv-03691 EJD |
| Plaintiff(s), | **ORDER OF RECUSAL** |
| v. | |
| COUNTY OF SANTA CLARA, et. al., | |
| Defendant(s). | |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that it be reassigned pursuant to the provisions the Assignment Plan.

In light of this recusal, the Preliminary Pretrial Conference scheduled for August 10, 2012, is VACATED. All other deadlines contained in the Case Management Order (see Docket Item No. 13) shall remain as currently scheduled unless and until modified by the newly-assigned judge.

**IT IS SO ORDERED.**

Dated:  August 3, 2012

_____
EDWARD J. DAVILA
United States District Judge