# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSETTA ZERTUCHE,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SANTA CLARA, ET AL.,<br><br>    Defendants. | Case No.: 11-cv-3691 YGR<br><br>**ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO COMPLY REQUIREMENT TO SUBMIT JOINT CASE MANAGEMENT STATEMENT CONSISTENT WITH FRCP 26(F), LOCAL RULES AND STANDING ORDER** |

**TO PLAINTIFF HOSETTA ZERTUCHE, DEFENDANTS COUNTY OF SANTA CLARA, JAMES GLEASON, SANDRA EOVINO, AND KIMBERLY MARUFFI, AND THEIR COUNSEL OF RECORD**:

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** why you should not be sanctioned for failure to comply with Rule 26(f) of the Federal Rules of Civil Procedure, Local Rule 16-9, and this Court's Standing Order, paragraph 6 by filing a joint case management statement 14 days in advance of the case management conference set for September 10, 2012.

A hearing on this Order to Show Cause will be held on **Friday, September 21, 2012**, on the Court's 9:01a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in a courtroom to be designated.

Counsel must file a written response to this Order to Show Cause no later than September 14, 2012, and must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a written response or to appear personally will be deemed an admission that no good cause exists and that the imposition of monetary sanctions is appropriate.

The case management conference currently set for Monday, September 10, 2012, is Vacated and Reset for November 5, 2012 at 2:00 p.m.

**IT IS SO ORDERED.**

Date: September 5, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**