UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HOSETTA ZERTUCHE,

    Plaintiff,

vs.

COUNTY OF SANTA CLARA, ET AL.,

    Defendants.

Case No.: 11-cv-3691 YGR

**ORDER VACATING HEARING AND DISCHARGING ORDER TO SHOW CAUSE**

On September 5, 2012, this Court issued an Order To Show Cause ("OSC") to all counsel regarding sanctions for their failure to comply with requirement to submit joint case management statement consistent with FRCP 26(f), Local Rules and this Court's Standing Order. The parties thereafter submitted a Joint Case Management Statement on September 10, 2012. Defendant County of Santa Clara filed its response to the OSC on September 13, 2012. Plaintiff Hosetta Zertuche filed her response to the OSC on September 19, 2012.

The Court having reviewed the responses **VACATES** the hearing on the OSC, previously set for September 21, 2012. No sanctions are ordered.

**IT IS SO ORDERED.**

Dated: September 20, 2012

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE