**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOSETTA ZERTUCHE,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF SANTA CLARA, *ET AL.*,<br><br>          Defendants, | Case No.: 11-cv-3691 YGR<br><br>**ORDER AMENDING SCHEDULING AND PRETRIAL ORDER (DKT. NO. 49) TO EXTEND DATE FOR COMPLETION OF SETTLEMENT CONFERENCE** |

In order to facilitate the scheduling of a settlement conference, the Court **ORDERS** that the January 29, 2013 Scheduling and Pretrial Order (Dkt. No. 49) is **AMENDED** such that the settlement conference must be completed before Magistrate Judge Nandor J. Vadas no later than **April 26, 2013**.

**IT IS SO ORDERED.**

February 6, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**