**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOSETTA ZERTUCHE,<br><br>    Plaintiff,<br><br>    vs.<br>COUNTY OF SANTA CLARA, *ET AL.*,<br><br>    Defendants. | Case No.: 11-cv-3691 YGR<br><br>**ORDER VACATING AUGUST 13, 2013 HEARING** |

    The court has reviewed the papers submitted by the parties in connection with the Motion of Plaintiff Hosetta Zertuche ("Zertuche") to Extend Time For Disclosure of Her Treating Psychiatrist as Her Non-Retained Expert (Dkt. No. 64), and has determined that the motion is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).  Accordingly, the date for the hearings, previously set for August 13, 2013, is **VACATED**.  The Court will issue a written decision on the papers.

    **IT IS SO ORDERED**.

Dated:  August 6, 2013

                                                       _____
                                                       **YVONNE GONZALEZ ROGERS**
                                                  **UNITED STATES DISTRICT COURT JUDGE**