**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOSETTA ZERTUCHE,<br><br>    Plaintiff,<br><br>  vs.<br>COUNTY OF SANTA CLARA, *ET AL.*,<br><br>    Defendants. | Case No.: 11-cv-3691 YGR<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |

    Defendant James Gleason has filed a Motion for Leave To File Motion For Reconsideration. (Dkt. No. 85.) Having carefully considered the Motion and accompanying papers, the Court hereby **DENIES** the Motion. The new evidence offered by Defendant, at most, adds to the disputed issues of fact on the question of whether Defendant took adverse action for which Plaintiff's speech was a substantial or motivating factor. Alternatively, the evidence may bear on Plaintiff's credibility. However, the new evidence does not negate Plaintiff's showing in opposition to summary judgment, or warrant reconsideration of that decision.

    This Order terminates Docket No. 85.

    **IT IS SO ORDERED**.

Dated: October 24, 2013

                                             _____
                                             **YVONNE GONZALEZ ROGERS**
                                             **UNITED STATES DISTRICT COURT JUDGE**