UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSETTA ZERTUCHE,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES GLEASON,<br><br>    Defendant. | No. CV11-03691 YGR<br><br>**PRE-TRIAL ORDER<br>NO. 2 RE DEFENDANT'S MOTIONS<br>*IN LIMINE* NO. 1-9**<br><br>Trial Date: November 15, 2013 |

The Motions *in Limine* brought by Defendant James Gleason, came on regularly for hearing before the Honorable Yvonne Gonzalez Rogers, Judge presiding, on November 8, 2013, Courtroom 5 of the above-entitled Court, located at 1301 Clay Street, Oakland, California. John L. Winchester, III appeared on behalf of Defendant James Gleason and Michael E. Adams appeared on behalf of Plaintiff Hosetta Zertuche.

Having considered the moving and opposing documents and evidence, the arguments of counsel and the relevant law, the Court **ORDERS** as follows:

**DEFENDANT'S MOTION IN LIMINE NO. 1** to exclude evidence of romantic relationships in the office is **GRANTED** to the extent that the actual marital status of Defendant Gleason and Ngoc Lam is not relevant. Fed. R. Evid. 401. The motion is **DENIED** as to the romantic relationship between the two. Fed. R. Evid. 401, 403.

  __X__ Granted in part   _____ Granted with Modification   __X__ Denied in part

**DEFENDANT'S MOTION IN LIMINE NO. 2** to exclude expert witness Sondra Zentner, M.D.

  _____ Granted   _____ Granted with Modification   __X__ Denied

**DEFENDANT'S MOTION IN LIMINE NO. 3** to exclude evidence of "glaring" and "foot-stomping" and to classify the same as adverse employment actions is **GRANTED.** The balance of the motion is **DENIED** including the ability to refer to such events as generally describing the events at issue.

   __X__ Granted in part    _____ Granted with Modification    __X__ Denied in part

**DEFENDANT'S MOTION IN LIMINE NO. 4** to exclude plaintiff's lay opinion testimony regarding "discrimination" and a "hostile work environment" is **GRANTED**. The motion is **DENIED** as to "retaliation." Fed. R. Evid. 403.

   __X__ Granted in part    _____ Granted with Modification    __X__ Denied in part

**DEFENDANT'S MOTION IN LIMINE NO. 5** to exclude evidence or statements regarding settlement offers, discussions, or negotiations is unopposed and therefore GRANTED.

   __X__ Granted    _____ Granted with Modification    _____ Denied

**DEFENDANT'S MOTION IN LIMINE NO. 6** to exclude undisclosed evidence is unopposed except as to information regarding wage loss and therefore GRANTED except as to information regarding wage loss.

   __X__ Granted    _____ Granted with Modification    _____ Denied

**DEFENDANT'S MOTION IN LIMINE NO. 7** to exclude witnesses from the courtroom when not testifying is GRANTED.

   __X__ Granted    _____ Granted with Modification    _____ Denied

**DEFENDANT'S MOTION IN LIMINE NO. 8** to exclude evidence that Plaintiff's work environment was "hostile" is unopposed and therefore GRANTED.

   __X__ Granted    _____ Granted with Modification    _____ Denied

1  **DEFENDANT'S MOTION IN LIMINE NO. 9** to exclude evidence of Plaintiff's damages
2  from loss of earnings is DENIED.
3  _____ Granted          _____ Granted with Modification          __X__ Denied
4
5  This Order terminates Docket Nos. 89 through 96, and 113.
6  **IT IS SO ORDERED.**
7
8  Dated:   November 12, 2013
            **YVONNE GONZALEZ ROGERS**
            **UNITED STATES DISTRICT COURT JUDGE**