UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOSETTA ZERTUCHE,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES GLEASON,<br><br>    Defendant. | No. CV11-03691 YGR<br><br>**PRE-TRIAL ORDER<br>NO. 2 RE DEFENDANT'S MOTIONS<br>*IN LIMINE* NO. 1-9**<br><br>Trial Date: November 15, 2013 |

The Motions *in Limine* brought by Defendant James Gleason, came on regularly for hearing before the Honorable Yvonne Gonzalez Rogers, Judge presiding, on November 8, 2013, Courtroom 5 of the above-entitled Court, located at 1301 Clay Street, Oakland, California. John L. Winchester, III appeared on behalf of Defendant James Gleason and Michael E. Adams appeared on behalf of Plaintiff Hosetta Zertuche.

Having considered the moving and opposing documents and evidence, the arguments of counsel and the relevant law, the Court **ORDERS** as follows:

**DEFENDANT'S MOTION IN LIMINE NO. 1** to exclude evidence of romantic relationships in the office is **GRANTED** to the extent that the actual marital status of Defendant Gleason and Ngoc Lam is not relevant. Fed. R. Evid. 401. The motion is **DENIED** as to the romantic relationship between the two. Fed. R. Evid. 401, 403.

   _X_  Granted in part   \_\_\_\_  Granted with Modification   _X_  Denied in part

**DEFENDANT'S MOTION IN LIMINE NO. 2** to exclude expert witness Sondra Zentner, M.D.

   \_\_\_\_  Granted   \_\_\_\_  Granted with Modification   _X_  Denied

1  **DEFENDANT'S MOTION IN LIMINE NO. 3** to exclude evidence of "glaring" and "foot-
2  stomping" and to classify the same as adverse employment actions is **GRANTED.** The balance of the
3  motion is **DENIED** including the ability to refer to such events as generally describing the events at
4  issue.

5      \_\_X\_\_  Granted in part    _____  Granted with Modification    \_\_X\_\_  Denied in part

7  **DEFENDANT'S MOTION IN LIMINE NO. 4** to exclude plaintiff's lay opinion testimony
8  regarding "discrimination" and a "hostile work environment" is **GRANTED**. The motion is **DENIED**
9  as to "retaliation." Fed. R. Evid. 403.

10     \_\_X\_\_  Granted in part    _____  Granted with Modification    \_\_X\_\_  Denied in part

12  **DEFENDANT'S MOTION IN LIMINE NO. 5** to exclude evidence or statements
13  regarding settlement offers, discussions, or negotiations is unopposed and therefore GRANTED.

14     \_\_X\_\_  Granted    _____  Granted with Modification    _____  Denied

16  **DEFENDANT'S MOTION IN LIMINE NO. 6** to exclude undisclosed evidence is
17  unopposed except as to information regarding wage loss and therefore GRANTED except as to
18  information regarding wage loss.

19     \_\_X\_\_  Granted    _____  Granted with Modification    _____  Denied

21  **DEFENDANT'S MOTION IN LIMINE NO. 7** to exclude witnesses from the courtroom
22  when not testifying is GRANTED.

23     \_\_X\_\_  Granted    _____  Granted with Modification    _____  Denied

25  **DEFENDANT'S MOTION IN LIMINE NO. 8** to exclude evidence that Plaintiff's work
26  environment was "hostile" is unopposed and therefore GRANTED.

27     \_\_X\_\_  Granted    _____  Granted with Modification    _____  Denied

1 **DEFENDANT'S MOTION IN LIMINE NO. 9** to exclude evidence of Plaintiff's damages
2 from loss of earnings is DENIED.

3 _____ Granted      _____ Granted with Modification      \_\_X\_\_ Denied

5 This Order terminates Docket Nos. 89 through 96, and 113.

6 **IT IS SO ORDERED.**

7
8 Dated: November 12, 2013

*[signature]*
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**