**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICHARD A. PAPAPIETRO, JR. AND FRANCES L. PAPAPIETRO,**<br><br>Plaintiff,<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.,** *ET. AL.*<br><br>Defendants. | Case No.: 13-CV-770-YGR<br><br>**SCHEDULING AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

**PRETRIAL SCHEDULE**

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, March 10, 2014, at 2:00 p.m. |
| REFERRED TO ADR FOR COURT MEDIATION TO BE COMPLETED BY: | 1/17/14 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | 11/18/13 |
| NON-EXPERT DISCOVERY CUTOFF: | 2/28/14 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: 1/31/14<br>Rebuttal: 2/14/14 |
| EXPERT DISCOVERY CUTOFF: | 2/28/14 |
| DISPOSITIVE MOTIONS[1] TO BE HEARD BY: | 3/25/14 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, 4/11/14 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | 4/18/14 |
| PRETRIAL CONFERENCE: | Friday, 4/25/14 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, 5/12/14 at 8:30 a.m. for 2 days (Jury Trial) |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel <u>shall meet and confer at least twenty-one (21) days in advance of the Pretrial Conference</u>. The compliance hearing on Friday, April 11, 2014, at 9:01 a.m. is intended to confirm that counsel have timely met and conferred as required by the Pretrial Instructions. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 5. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: November 13, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**