UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

Date: November 18, 2013           JUDGE: Yvonne Gonzalez Rogers

Case No: C-11-3691-YGR           Time: 8:00am-8:25am- (counsel only)

                                           8:25am-9:43am; 9:57am-11:47am;12:04pm-1:34pm

                                           1:35pm-1:45pm and 2:32pm-2:43pm(counsel only)

Case Name: Zertuche v Gleason

Attorney(s) for Plaintiff: Michael Adams

Attorney(s) for Defendant:      John Winchester

Deputy Clerk: Frances Stone              Court Reporter: Raynee Mercado

### PROCEEDINGS

Voir Dire Began: 11/15/13

Trial Began: 11/15/13              Further Trial: Tuesday, 11/19/13 at 8:30am
                                            Counsel to appear at : 8:15am on 11/19/13

**Trial Motions Heard:**
Defendant's Motion in Limine to exclude payroll records- DENIED.

**Proceedings:**
Discussion with counsel.
Jury enters courtroom. Plaintiff calls witness Hosetta Zertuche.
                  Plaintiff calls witness Kimberly Maruffi.
Recess for Jury for the day.
Discussion with counsel. Recess. Discussion with counsel. Recess.

Exhibits admitted in evidence: Plaintiff: 1,10,11,12,13, 14, 15, 16, 21, 22, 28
                                    Defendant: 101,105,113