UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL TRIAL MINUTES

Date: November 19, 2013            JUDGE: Yvonne Gonzalez Rogers
Case No: C-11-3691-YGR             Time: 8:15am–8:25am (counsel only)
                                   8:29am-9:58am; 10:14am-12:09pm;
                                   12:10pm- 12:52pm   (counsel only)
                                   12:52pm-1:32pm

Case Name: Zertuche v Gleason

Attorney(s) for Plaintiff: Michael Adams

Attorney(s) for Defendant:     John Winchester

Deputy Clerk: Frances Stone              Court Reporter: Raynee Mercado

PROCEEDINGS

Voir Dire Began: 11/15/13

Trial Began: 11/15/13              Further Trial: Wednesday, 11/20/13 at 8:30am
                                        (8:30am to 4:45pm for Trial on 11/20)
                                   Counsel to appear at :8:00 am on 11/20/13

Trial Motions Heard:
Defendant Oral Rule 50 Motion for Judgment as a Matter of Law -HELD and DENIED;
Granted as to Punitive Damages.


Proceedings:
Discussion with counsel.
Jury enters courtroom. Plaintiff calls witness Sondra Zentner M.D.
         Plaintiff recalls witness Kimberly Maruffi (to complete examination)
         Plaintiff calls witness Paula Townsend
         Plaintiff calls witness Sandra Eovino
Plaintiff rests.
Defendant calls witness James Gleason
Recess for Jury for the day.
Discussion with counsel. Recess.

Exhibits admitted in evidence: Plaintiff: 19, 40
                               Defendant: 111