UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HOSETTA ZERTUCHE,**<br><br>    **PLAINTIFF,**<br><br>    **VS.**<br><br>**JAMES GLEASON,**<br><br>    **DEFENDANT** | **CASE NO.: 11-CV-03691 YGR**<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW (DKT. NO. 149)** |

Defendant James Gleason filed his Motion for Judgment as a Matter of Law on November 20, 2013. (Dkt. No. 149.) The motion was made orally, on the record, on November 19, 2013, and was denied for the reasons stated on the record at that time. The written motion is **DENIED** for those reasons, as stated on the record, and is further **DENIED** as moot in light of the verdict entered in favor of Defendant.

**IT IS SO ORDERED.**

This Order terminates Docket No. 149.

Date: November 21, 2013

                                              HON. YVONNE GONZALEZ ROGERS
                                              United States District Judge